UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| PHILLIP A. GILKISON,  Plaintiff, | CIVIL NO. 6:17-330-KKC |
| V. | **ORDER** |
| SIGNATURE PAYROLL SERVICES, LLC,  Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter having come before the Court by a Notice of Dismissal [DE 4],

IT IS HEREBY ORDERED:

1. Pending motions in the case are hereby deemed **MOOT**.

2. All pending deadlines are considered **SET ASIDE.**

3. This action shall be and hereby is dismissed and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated February 26, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY